

MINUTE ENTRY
WILKINSON, M.J.
MARCH 27, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 00-260 |
| WAL-MART STORES, INC. | SECTION "F" (2) |

You are hereby notified that the captioned case will be called on **April 12, 2000 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B421, New Orleans, Louisiana. Counsel for plaintiff must appear in person and report on the status of the case and show cause why service has not been completed and/or why this matter should not be dismissed for failure to prosecute.

DATE OF ENTRY
MAR 2 8 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

\_\_Fee\_\_\_\_\_
\_\_Process\_\_\_
X\_Dktd\_\_\_\_\_
\_\_CtRmDep\_\_
Doc.No.\_\_\_\_\_