

MINUTE ENTRY
WILKINSON, M.J.
APRIL 11, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 00-260 |
| WAL-MART STORES, INC. | SECTION "F" (2) |

Counsel for plaintiff, Cheryl W. Hernandez, has advised the Court that service has been effected upon defendant and that a return of service has been filed in the record of this case. Accordingly,

**IT IS ORDERED** that the Court's April 12, 2000 call docket is hereby SATISFIED.

DATE OF ENTRY
APR 1 2 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

