

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * ** | | MAGISTRATE JOSEPH C. WILKINSON |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW INTO COURT, through undersigned counsel, comes defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), and on suggesting to this Honorable Court that defendant requires an additional thirty (30) days, up to and including May 31, 2000, within which to complete a full investigation of the plaintiff's allegations and to file responsive pleadings thereto; further, that Wal-Mart retains a full reservation of all rights of defendant and certifies to the Court that there has been no previous motion for extension of time to plead filed by defendant. Counsel for plaintiff has no objection to the filing of this Motion.

DATE OF ENTRY
MAY 2 2000

Respectfully submitted,

_____
STEPHEN P. BEISER (#14074)
KEVIN L. O'DEA (#01514)
McGlinchey Stafford
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA  70130
Telephone: (504) 586-1200
Attorneys for Defendant,
Wal-Mart Stores, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 28th day of April, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * ** | | MAGISTRATE JOSEPH C. WILKINSON |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED that defendant herein, Wal-Mart Stores, Inc., be granted until May 31, 2000, within which to file responsive pleadings, with a full reservation of all rights of defendant.

NEW ORLEANS, LOUISIANA, this 1st day of MAY, 2000.

_____
UNITED STATES DISTRICT JUDGE