```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 MAY -3  P 1:00

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
MAY 3, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 00-260 |
| WAL-MART STORES, INC. | SECTION "F" (2) |

A preliminary conference is hereby **SCHEDULED** in this matter on **June 1, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at (504) 589-7630.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 4 2000

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____