

MINUTE ENTRY
WILKINSON, M. J.
JUNE 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 00-260 |
| WAL-MART STORES, INC. | SECTION "F" (2) |

A preliminary conference was conducted in this case on this date. Participating were: Mary E. Schillesci, representing plaintiff; Kevin L. O'Dea, representing defendant. Counsel are instructed to report to the undersigned magistrate judge via telephone no later than **June 15, 2000** concerning settlement possibilities discussed during the conference and whether all parties consent to proceed before a magistrate judge.

**IT IS FURTHER ORDERED** that the time period in which plaintiff must respond to defendant's initial set of interrogatories and requests for production of documents is extended to **July 29, 2000**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN - 6 2000