MINUTE ENTRY
WILKINSON, M.J.
JULY 5, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL W. HERNANDEZ                 CIVIL ACTION

VERSUS                                  NO. 00-260

WAL-MART STORES, INC.                 SECTION "F" (2)

A preliminary conference was conducted in this case on June 1, 2000. Participating were: Mary E. Schillesci, representing plaintiff; Kevin L. O'Dea, representing defendant.

Settlement discussions are ongoing, but the parties have not reached an agreement. I am continuing to be involved in the settlement discussions.

All parties have **not** consented to proceed to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c). A jury trial has been demanded. Accordingly, the presiding district judge is hereby notified so that he may schedule a conference to set pretrial and trial dates on his calendar.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARTIN L.C. FELDMAN

DATE OF ENTRY
JUL 6 2000