

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 16 PM 3: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NUMBER 00-0260 |
| WAL-MART STORES, INC. | JUDGE MARTIN L.C. FELDMAN |
| | MAGISTRATE JOSEPH WILKINSON |

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff will call the following witnesses to testify at trial:

1. Cheryl Hernandez

Plaintiff may call the following witnesses to testify at trial:

1. Adrian Blotner, M.D. 3525 N. Causeway Blvd., Suite 728, Metairie, Louisiana 70002;

2. Joseph Epps, M.D.;

3. Shawn Clark, M.D.;

4. Frederick Keppel, M.D.;

5. Dr. Courtney Stoebel;

6. Evelyn Solis;

7. Deborah Schnell, 2518 Mary Ann Drive, Meraux,

1

Fee_____
Process_____
X Dktd_____
CtRmDep _____
Doc.No._____

Louisiana;

8. Lynn Lala, 4017 Hamlet Place, Chalmette, Louisiana;

9. Zoa Gomez, 8 S. Philip Ct., Chalmette, Louisiana;

10. Whanne Mullen, 6525 Jules Brown St., Violet, Louisiana;

11. Leslie Abrams, 500 Douglas St., New Orleans, Louisiana;

12. William Turnage, 29 W. Chalmette Circle, Chalmette, Louisiana;

13. Helen Bonnette, 8342 W. Judge Perez, Chalmette, Louisiana;

14. Marie Drago, 8301 Lafitte Court, Chalmette, Louisiana;

15. William Turley, 1304 St. Roch Ave., New Orleans, Louisiana;

16. Melvin Zwicke, 77 W. Claiborne Sq., Chalmette, Louisiana;

17. Joyce Zwicke, 77 W. Claiborne Sq., Chalmette, Louisiana;

18. Lucille Dragon;

19. Glenn Bourgeois, 614½ Angela Ave., Arabi, Louisiana;

20. Jan Roth, c/o West Building Materials, Chalmette, Louisiana;

21. Tony Manalla, c/o Hibernia National Bank;

22. Don Serpas;

23. Brenda Schiro, 1949 Heights Dr., Chalmette, Louisiana;

2

24.  Vernon Johnson;

25.  Gary Smith;

26.  Dominick Chimento, 3841 Norwood Drive, Chalmette,
     Louisiana;

27.  John Tortorich

28.  Any person listed or called by Wal-Mart; and

29.  Any person whose identity or relevance become known
     during discovery.

Plaintiff may introduce the following exhibits at trial:

1.   Separation Notice;

2.   Letter from Anthony M. Randazzo, Jr. to Wal-Mart
     Discount Cities, Store 909 dated August 28, 1995;

3.   Copy of pay check stubs received by Cheryl Hernandez;

4.   Wal-Mart Stores, Inc. Profit Sharing Trust;

5.   Wal-Mart Stores, Inc. Profit Sharing Statement;

6.   Wal-Mart Stores, Inc. 401(K) Retirement Savings Plan;

7.   Wal-Mart Associate Stock Ownership Plan;

8.   Wal-Mart Associate Handbook;

9.   Wal-Mart Associate Benefits Book;

10.  Income Tax Returns;

11.  Medical Records of Adrian B. Blotner, M.D.

12.  Medical Records of Joseph M. Epps, Jr.

3

13. Medical Records of Pendleton Memorial Methodist Hospital;

14. Medical Records of St. Bernard Mental Health Center;

15. Medical Records of Medical Center of New Orleans (Charity Hospital);

16. Medical Records of Jamie Olivo, M.D.;

17. Medical Records of Frederick L. Keppel, M.D.;

18. Medical Records of Patrick E. Mottram, M.D.;

19. Records of Dr. Courtney Stroebel;

20. Medical Bills;

21. Pharmacy Records;

22. Personnel Records of Wal-Mart;

23. Documents pertaining to the firing of employees fired by Wal-Mart at the Chalmette location from 1995 through 1999;

24. Employee/personnel files for the following employees: Keesha Johnson, Patricia McLin, Sylvia Lewis, Tamara Johnson, Halema Metoyer, Barbara Flowers, Charlene Biemeng, Trymel Jones, Cassandra (last name unknown - worked in Snack Bar), Lucille Dragon, Glen Bourgeois, and Cheryl Hernandez

24. Documents relating to customer complaints against any employee of the Chalmette Wal-Mart from 1995 through

4

1999.

27. Complaints of discrimination made against Wal-Mart from any present or former employee of the Chalmette Wal-Mart from 1995 through 1999.

28. Wal-Mart's policy regarding discipline of employees effective at the time Cheryl Hernandez was fired.

29. Documents relating to the discipline of any employee in the Chalmette Wal-Mart from 1995 through 1999.

30. Any document that Wal-Mart lists on its Exhibit List or attempts to introduce as an exhibit.

31. Any document obtained during discovery.

Respectfully submitted,

James A. McPherson (#09381)
Mary E. Schillesci (#25239)
McPherson & Schillesci
9128 Quince Street
New Orleans, Louisiana 70118
Telephone: (504)486-2022
Facsimile: (504)486-6050
Attorneys for Cheryl W. Hernandez

Certificate of Service

I hereby certify that the foregoing was served on:

Stephen P. Beiser
Kevin L. O'Dea
McGlinchey Stafford
643 Magazine St.
New Orleans, LA 70130

by placing a copy in the United States Mail postage prepaid and
properly addressed on this 16th day of
Februany, 2001.

_____
James A. McPherson (#09381)
Mary E. Schillesci (#25239)