FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 16 PM 4: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * * * ** | | MAGISTRATE JOSEPH C. WILKINSON |

### DEFENDANT'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant herein, Wal-Mart Stores, Inc., who, pursuant to the Court's August 30, 2000 Minute Order Entry, submits the following list of exhibits that may or will be used at the trial of this matter. Based upon continuing discovery in this matter, Wal-Mart specifically reserves its right to modify this list

The following represents defendant's proposed exhibits:

1. Personnel File of Cheryl Hernandez;

2. Wal-Mart Associate Handbook;

3. Wal-Mart Policies & Procedures relating to discipline and customer service;

4. The EEOC Charge file of Cheryl Hernandez, Charge No. 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;

5. Any and all of Cheryl Hernandez's handwritten notes;

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
___Doc.No.___

6. Exit Interview forms and termination paperwork of allegedly similarly-situated employees identified by plaintiff;

7. Relevant materials from the Personnel Files of allegedly similarly-situated co-workers identified by plaintiff;

8. Plaintiff's Social Security Disability Applications and documents from the Social Security Administration relating to plaintiff's claim for Social Security disability;

9. Federal and state income tax returns of Cheryl Hernandez from 1998 and 1999;

10. Medical records of Cheryl Hernandez from Methodist Psychiatric Pavillion;

11. Medical records of Cheryl Hernandez from Dr. Joseph Epps;

12. Medical records of Cheryl Hernandez from Dr. Adrian Blotner;

13. Medical records of Cheryl Hernandez from St. Bernard Mental Health Center.

14. Medical records of Cheryl Hernandez from Dr. Joseph Keppel;

15. Medical records of Cheryl Hernandez from Dr. Patrick Mottram;

16. Medical records of Cheryl Hernandez from Dr. James Olivo;

17. Federal Rule of Evidence 1006 summaries of medical records of plaintiff;

18. Any and all pleadings filed in this matter;

19. Any and all discovery responses filed in this matter;

20. Any and all deposition exhibits and any exhibit listed or introduced by plaintiff;

Based on continuing discovery, defendant reserves its right to alter and supplement its Exhibit List.

Respectfully submitted,

_____
Stephen P. Beiser, T.A. (#14074)
Kevin L. O'Dea (#01514)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Attorneys for Defendant,
Wal-Mart Stores, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 16 PM 4: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE JOSEPH C. WILKINSON |

### DEFENDANT'S MAY-CALL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant herein, Wal-Mart Stores, Inc., who pursuant to the Court's August 30, 2000 Minute Entry, submits the following list of witnesses who may or will be called to testify at the trial of this matter. Based upon continuing discovery in this matter, defendant specifically reserves its right to modify this list.

Defendant, Wal-Mart Stores, Inc. may call the following witnesses:

1. Rodney Brown

2. Pat Meadowcroft

3. Lonnie Banks

____Fee_____
____Process_____
_X__Dktd_____
____CtRmDep_____
____Doc.No._____

4. Ana Mora

5. Suzanne Hymelt

6. Trymel Jones

7. Jason Chaisson

8. Vanessa Myers

9. Eveyln Solis

10. Deborah Schell

11. Barbara Flowers

12. Cheryl Hernandez

13. Any other Wal-Mart employee qualified to testify regarding Wal-Mart's policies and procedures, specifically, customer issues and discipline.

14. Any witness necessary to authenticate any document or exhibit.

15. Any witness identified or listed by plaintiff.

Respectfully submitted,

_____
Stephen P. Beiser, T.A. (#14074)
Kevin L. O'Dea (#01514)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Attorneys for Defendant,
Wal-Mart Stores, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

-2-