

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 30 PM 4:45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE JOSEPH C. WILKINSON |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant herein, Wal-Mart Stores, Inc. ("Wal-Mart"), and seeks the Court's leave to file the following Reply Memorandum in order to respond to the specific contentions raised in plaintiff's Opposition to the Motion for Summary Judgment filed by Wal-Mart.

Respectfully submitted,

_____
Stephen P. Beiser, T.A. (#14074)
Kevin L. O'Dea (#01514)
McGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Attorneys for Defendant

**CERTIFICATE OF SERVICE**
I do hereby certify that I have on this 30th day of March, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

DATE OF ENTRY
APR 3 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL W. HERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0260 |
| WAL-MART STORES, INC. | * | JUDGE MARTIN L.C. FELDMAN |
| * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE JOSEPH C. WILKINSON |

ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum,

IT IS ORDERED, ADJUDGED, AND DECREED that defendant, Wal-Mart Stores, Inc., be and is hereby granted leave to file the Reply Memorandum attached to the Motion for Leave.

New Orleans, Louisiana, this 3d day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE