FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 11 AM 8:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL W. HERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 00-260 |
| WAL-MART STORES, INC. | SECTION "F" |

## JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Wal-Mart Stores, Inc., and against plaintiff, Cheryl W. Hernandez, dismissing plaintiff's suit.

New Orleans, Louisiana, this 10th Day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 1 2001